FRANCIS P. SHERWOOD, as Trustee in Bankruptcy of HOLBROOK & SCHAEFER, INCORPORATED, Respondent, *v.* THEODORE S. HOLBROOK et al., Appellants.

*Corporations — insolvency — unlawful preferences — action to recover moneys so paid.*

*Sherwood v. Holbrook*, 188 App. Div. 712, affirmed.

(Argued March 15, 1921; decided April 19, 1921.)

APPEAL from a judgment entered December 4, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The plaintiff sued as trustee in bankruptcy of an insolvent domestic corporation, to recover certain payments made to an officer and to a relative of another officer on the eve of an assignment by the corporation for the benefit of creditors. The complaint claimed the payments were unlawful preferences in violation of section 66 of the Stock Corporation Law, and joined as defendants the persons receiving the payments and the officers making the payments. The trial resulted in a judgment dismissing the complaint upon the ground that the plaintiff had failed to establish insolvency and intent to prefer. The Appellate Division reversed certain of the findings and reversed the judgment of the Special Term upon the facts and directed final judgment for the plaintiff.

*Nicholas A. Donnelly* and *Harold H. O'Connor* for Theodore S. Holbrook et al., appellants.

*Jerome C. Lewis* for Anna M. Schaefer, appellant.

*George W. Tucker* for Frederick M. vom Saal, appellant.

*Merton E. Lewis* and *Charles E. Mahoney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.